JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW S. KENEFICK (Bar No. 227298)
*mkenefick@jmbm.com*
ARIELLE E. BROWN (Bar No. 315479)
*abrown@jmbm.com*
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:  (415) 398-8080
Facsimile:   (415) 398-5584

Attorneys for Defendant BRETT SANDBERG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORE CHAPONICK, an individual, EVELYN CHAPONICK, an individual, QUALITY AIR CONTRACTORS, INC., a Florida Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRETT SANDBERG, an individual, SUPPLY MANAGEMENT CORP, a California Corporation, 980 SOUTH MEADOWS, LLC, a California Limited Liability Company, VANTAGE SUPPLY, LLC, a California Limited Liability Company, and DOES 1-5,<br><br>Defendants. | Case No. 2:23-cv-00374-KJM-AC<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT BRETT SANDBERG TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed:  December 22, 2022<br>Matter Removed: February 28, 2023<br><br>Stipulated Response Date:  April 10, 2023 |

1     Having reviewed the Stipulation to Extend Time for Defendant Brett Sandberg's to Respond to Plaintiffs' Complaint, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the deadline for Defendant Brett Sandberg to answer, move, or otherwise respond to the Complaint shall be extended up to and including April 10, 2023.

DATED:   March 20, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE