LAW OFFICES OF JAMES PHAN, P.C.
JAMES N. PHAN (Bar ID: 259093)
1500 Kings Highway North, Suite 201
Cherry Hill, NJ 08034
Telephone: 888-588-6982
Facsimile: 856-282-2989
Email: jphan@jamesphanlaw.com
Attorney for Plaintiffs, Dore Chaponick, et. al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORE CHAPONICK, an individual, EVELYN CHAPONICK, an individual and QUALITY AIR CONTRACTORS, INC., a Florida Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRETT SANDBERG, an individual, SUPPLY MANAGEMENT CORP., a California Corporation, 980 SOUTH MEADOWS, LLC, a California Limited Liability Company, VANTAGE SUPPLY, LLC, a California Limited Liability Company, and DOES 1-5,<br><br>Defendants. | Case No.: 2:23-CV-00374-KJM-AC<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, ORDER**<br><br>The Hon. Kimberly J. Mueller |

Plaintiffs, DORE CHAPONICK, EVELYN CHAPONICK, and QUALITY AIR CONTRACTORS, INC., and Defendants, BRETT SANDBERG, SUPPLY MANAGEMENT CORP., 980 SOUTH MEADOWS, LLC and VANTAGE SUPPLY, LLC, by and through their respective undersigned attorneys, stipulate and agree to dismissal without prejudice of the Complaint in this action pursuant to Fed. R. Civ. P. 41(a), and subject to the terms, conditions, and obligations of the Parties' Settlement Agreement.

The Parties stipulate and agree that as a condition of this dismissal, in the event the payments required to be made by Defendants to Plaintiffs pursuant to the Settlement Agreement

- 1 -

Chaponick.23-374.dismissal.bep

are not timely made, Plaintiffs may reinstate this action. The Parties also stipulate and agree that as a condition of this dismissal, this Court shall retain jurisdiction to supervise and enforce the terms of the Settlement Agreement and the Parties further hereby voluntarily consent to have Honorable Kimberly J. Mueller, United States Chief District Judge, conduct all further proceedings in the action. The Parties further stipulate and agree that upon Plaintiffs' receipt from Defendants of all amounts due and owing under the Settlement Agreement, this Stipulation for Dismissal without Prejudice shall automatically convert and be deemed a Dismissal with Prejudice without further action by the Parties or this Court.

Respectfully submitted:

Dated: May 16, 2024    LAW OFFICES OF JAMES PHAN, P.C.

*/s/ James N. Phan*
JAMES N. PHAN, ESQ.

Attorneys for PLAINTIFFS DORE CHAPONICK, an individual, EVELYN CHAPONICK, an individual and QUALITY AIR CONTRACTORS, INC, a Florida Corporation

Dated: May 16, 2024    JEFFER MANGELS BUTLER & MITCHELL LLP

*/s/ Matthew S. Kenefick*
MATTHEW S. KENEFICK
Attorneys for DEFENDANTS BRETT SANDBERG, SUPPLY MANAGEMENT CORP., a California Corporation, 980 SOUTH MEADOWS, LLC, a California Limited Liability Company, VANTAGE SUPPLY, LLC, a California Limited Liability Company

Chaponick.23-374.dismissal.bep

# ORDER OF DISMISSAL

Pursuant to the foregoing Stipulation of the parties under Rules 41(a) of the Federal Rules of Civil Procedure, and good cause appearing, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. Upon Plaintiffs' receipt from Defendants of all amounts due and owing under the Settlement Agreement, this Stipulation for Dismissal without Prejudice shall automatically convert and be deemed a Dismissal with Prejudice without further action by the Parties or this Court.

The court approves the parties' stipulation; however, the court in its discretion declines to maintain jurisdiction to enforce the terms of the parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994); *cf. Collins v. Thompson*, 8 F.3d 657, 659 (9th Cir. 1993). Unless there is some independent basis for federal jurisdiction, enforcement of the agreement is for state courts. *Kokkonen*, 511 U.S. at 382.

**IT IS SO ORDERED**.

Dated: May 16, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

Chaponick.23-374.dismissal.bep